```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

JOHN B. TERRELL                                          PLAINTIFF

VS.                           CIVIL ACTION NO. 3:04CV537TSL-JCS

MALCOLM MCMILLIN, ET AL.                                 DEFENDANT

### JUDGMENT

In accordance with the court's order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 28th day of August, 2008.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE
